[No. 39457-6-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN
FITZGERALD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00536-0, Larry E. McKeeman, J., entered September 25, 1996. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy, A.C.J., and Cox, J.

[No. 39659-5-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. GAIL M.
LINCOLN-WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-05615-2, John M. Darrah, J., entered October 18, 1996. *Reversed* by unpublished opinion per Baker, C.J., concurred in by Becker and Ellington, JJ.

[No. 39785-1-I.    Division One.    March 9, 1998.]

RONALD KING, ET AL., *Appellants*, v. SNOHOMISH COUNTY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-07383-1, Paul D. Hansen, J., entered September 18, 1996. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Becker and Cox, JJ.

[No. 39839-3-I.    Division One.    March 9, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ANTHONY
BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00407-8, Ronald L. Castleberry, J., entered November 21, 1996. *Affirmed* by unpublished per curiam opinion.